NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Tiffanny Brosnan (#184810) tbrosnan@swlaw.com
Erin D. Leach (#247785) eleach@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

ATTORNEY(S) FOR: Defendant, Ford Motor Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HENRY CHEN, an individual, REBECCA FAULKNER, an individual, and all other similarly situated

Plaintiff(s),

v.

UNITED TALENT AGENCY, LLC, a Florida Limited Liability Company; FORD MOTOR COMPANY, a Delaware Corporation; EWI WORLDWIDE, a business entity of unknown form; CYNTHIA ARCARO ENTERPRISES CALIFORNIA, LLC, a California Limited Liability Company; and DOES 1 through 100, inclusive

Defendant(s)

CASE NUMBER:
2:17-cv-1848

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Ford Motor Company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| HENRY CHEN | Plaintiff |
| REBECCA FAULKNER | Plaintiff |
| UNITED TALENT AGENCY, LLC | Defendant |
| FORD MOTOR COMPANY | Defendant |
| EWI WORLDWIDE | Defendant |
| CYNTHIA ARCARO ENTERPRISES CALIFORNIA, LLC | Defendant |

March 8, 2017
Date

*s/ Tiffanny Brosnan*
Signature
Tiffanny Brosnan

Attorney of record for (or name of party appearing in pro per):

Defendant Ford Motor Company


American LegalNet, Inc.
www.FormsWorkFlow.com