

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**KIRY K. GRAY**
Clerk of Court

March 10, 2017

Superior Court for the State of California
111 North Hill Street
Los Angeles, CA 90012

Re:  Case Number:      2:17–cv–01848–PA–E
     Previously Superior Court Case No.    BC641930
     Case Name:     HENRY CHEN ET AL V. UNITED TALENT AGENCY, LLC ET AL

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     3/10/17    , the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Lori Muraoka*
     Deputy Clerk
     lori_muraoka@cacd.uscourts.gov
     Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

_____                By: _____
Date                                                 Deputy Clerk